IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02461-RPM

TODD NEWMILLER,

      Applicant,

v.

RICK RAEMISCH, Exec Director, Colorado Department of Corrections, and
CYNTHIA COFFMAN, Attorney General, State of Colorado,

      Respondents.

_____

ORDER SETTING TIME TO REPLY
_____

      Pursuant to Rule 5(c) of the Rules Governing Section 2254 cases, the Applicant Todd Newmiller may file a Reply to the Respondents' Amended Answer [Doc. 12] on or before April 4, 2016.

      DATED:   March 7, 2016

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                   Richard P. Matsch, Senior Judge